In the Matter of the Complaint of the TRUSTEES OF T⁓E VIL-
LAGE OF SARATOGA SPRINGS, Respondent, *v.* THE SARATOGA
GAS, ELECTRIC LIGHT AND POWER COMPANY, Appellant.

Reported below, 122 App. Div. 203.
(Argued January 6, 1908; decided January 7, 1908.)

MOTION to dismiss an appeal, by permission, from an order
of the Appellate Division of the Supreme Court in the third
judicial department, entered December 2, 1907, which affirmed
a determination of the state commission of gas and electricity,
fixing the price to be charged for gas and electricity in the
village of Saratoga Springs.

The following question was certified : " Has there been any
invasion of the appellant's constitutional rights in or by the
order appealed from ? "

The motion was made upon the grounds that the Appellate
Division had no power to certify to this court the question
certified ; that the order appealed from was not appealable
and that the Court of Appeals had no jurisdiction of the
appeal.

*William S. Jackson, Attorney-General (George P. Decker*
of counsel), for motion.

*Edgar T. Brackett* opposed.

Motion denied, with ten dollars costs.

———————

AMERICAN FRUIT PRODUCT COMPANY, Appellant, *v.* JOHN
G. WARD, Respondent.

(Argued January 6, 1908; decided January 9, 1908.)

Motion for reargument denied, with leave to renew, pro-
vided that upon application made to the Appellate Division
to that end, the record shall be so amended as to show that
exceptions to the report of the referee were duly filed and
served. (See 190 N. Y. 533).